# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JAMES T. BUECHLER,** | * |
| *Plaintiff,* | * |
| vs. | * Case No.: 1:12-cv-02738 |
| **FAIRMOUNT BANCORP, INC.,** et al. | * |
| *Defendants* | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by his undersigned counsel, voluntarily dismiss this action with prejudice. No opposing party has served either an answer or a motion for summary judgment.

Dated: January 22, 2013         Respectfully Submitted,

*/s/E. David Hoskins*
E. David Hoskins, No. 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com